JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL M. L.[1], <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY[2], Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:23-cv-00818-PD <br><br> **JUDGMENT** |

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Fed. R. Civ. P. 25(d), Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this action. See 42 U.S.C. § 405(g).

1  Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the
2  decision of the Administrative Law Judge is affirmed and this action is
3  dismissed with prejudice.

6  DATED: August 22, 2024

*Patricia Donahue*
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE